

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-09-00386-CV

AMJAD MALIK                                                          APPELLANT

V.

DANIEL LEAL D/B/A LEAL                                              APPELLEE
CONSTRUCTION

------------

### FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On November 19, 2010, we notified appellant Amjad Malik that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed

---

[1]*See* Tex. R. App. P. 47.4.

with the court within ten days a response showing grounds for continuing the appeal.  *See* Tex. R. App. P. 42.3.  We have not received any response.

Because appellant Amjad Malik's brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellant Amjad Malik shall pay all costs of this appeal, for which let execution issue.


PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:  December 23, 2010